STATE OF NEW JERSEY v. ANTHONY T. SAXTON.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BENNETT.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS LOZADO.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SHERMAN PRUDEN.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MANUEL MCCASKILL.

December 8, 1987.

Petition for certification denied.